## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br><br>JOSE L MACHUCA TORRUELLAS<br><br>DEBTOR(S) | CASE NO. 16-00547-MCF<br><br>CHAPTER: 13 |

### MOTION IN REQUEST FOR THE ENTRY OF ORDER OF DISMISSAL

**TO THE HONORABLE COURT:**

Comes now, **RELIABLE FINANCIAL SERVICES, INC.**, Movant herein, through the undersigned attorney and very respectfully Alleges and Prays:

1. On **March 30, 2016** Movant filed a motion requesting dismissal of the case due to the fact that debtor failed to maintain regular payments to Movant.

2. Debtor(s) has(have) failed to cure the arrears owed to Movant nor file a timely answer.

3. As of this date, debtor's account shows **FOUR (4) MONTHS** in arrears with the payments post-petition corresponding to the months of **FEBRUARY THROUGH MAY, 2016** for a total amount due of **$1,646.40**.

**WHEREFORE,** Movant respectfully prays this Court to enter an order dismissing the instant case.

### CERTIFICATE OF SERVICE

I hereby certify that the present motion was filed electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the **ALEJANDRO OLIVERAS,** Trustee and **ROBERTO FIGUEROA CARRASQUILLO,** Debtor(s) Attorney and that we have sent copy of this document through regular mail to Debtor(s) **JOSE L MACHUCA TORRUELLAS, PO BOX 5434 CAGUAS, PR 00726** and to all non CM/ECF participants interested as per mailing list which is hereby included.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico this 27th day of MAY, 2016.

/S/ CARLOS E. PEREZ PASTRANA
USDC-208913
Attorney for Movant
PO BOX 21382
SAN JUAN, PR 00928-1382
TEL. 787-625-6645 FAX: 787-625-4891
cperezp@reliablefinancial.com

QURMTDDR.doc